ANNA GOETZ *vs.* GEORGE VOELINGER.

The statute of limitations, Gen. Sts. c. 155, §§ 1, 6, is not a bar to an action brought in this Commonwealth by a foreigner within six years after coming for the first time to the United States, for breach of a promise of marriage made to her twenty years previously in her native country.

CONTRACT for breach of a promise of marriage. The case was submitted for the determination of the court on the following facts agreed; an assessor to be appointed to assess damages if the plaintiff could recover, otherwise judgment to be entered for the defendant.

" The plaintiff and defendant are both Germans; and in Germany about twenty years ago they mutually agreed to marry each other; and they had several bastard children there. Sixteen years ago, the defendant came to this country, and has ever since lived in Hatfield, in this Commonwealth; and fifteen years ago, in Hatfield, he married a woman with whom he has ever since lived as his wife. Some time after the defendant came to this country, he sent for one of said bastard children, and has since supported the same. It was the expectation of the parties, and their purpose, to perform the marriage contract, up to the time of the departure of the defendant from Germany. Two or three years after the marriage of the defendant the plaintiff knew and heard of it. Up to that time she expected to marry the defendant. She continued to live in Germany until some two years ago, when she came to this country."

*C. Delano,* for the plaintiff, cited *Hall* v. *Little,* 14 Mass. 203 *Bulger* v. *Roche,* 11 Pick. 36; *Von Hemert* v. *Porter,* 11 Met. 210

No counsel appeared for the defendant.

CHAPMAN, C. J. It is admitted that the plaintiff is a foreigner and never came to this country till about two years ago. The action therefore is not barred by our statute of limitations, Gen. Sts. c. 155, §§ 1, 6. See cases cited by the plaintiff's counsel.

*Judgment for the plaintiff; and assessor to be appointed according to agreement of the parties.*